# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT JAMES HART, | ) |
|                 Petitioner, | ) |
| v. | ) Docket no. 2:23-cv-00159-GZS |
| ERIC SAMSON, | ) |
|                 Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION & GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

On April 10, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision After Preliminary Review (ECF No. 3). On April 24, 2023, Petitioner filed his Motion to Amend (ECF No. 4). On April 27, 2023, the Magistrate Judge filed his Order on Motion to Amend and Supplemental Recommended Decision After Preliminary Review (ECF No. 5). Then, on May 8, 2023, Petitioner then filed his Supplemental Motion to Amend and Secondary Objection to the Recommended Decision After Preliminary Review (ECF No. 7).[1]

The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions and concurs with the recommendations of the Magistrate Judge for the reasons set forth in those orders. As a result, the Court determines that no further proceedings are necessary with respect to these Recommended Decisions.

---

[1] To the extent that Petitioner includes a motion to further amend in this filing, the Court denies that request as futile but notes that it has fully considered all of the additional information proffered in ECF No. 7 as part of its de novo review of the Recommended Decisions.

It is therefore **ORDERED** that:

1. The Application to Proceed with Without Prepaying Fees or Costs (ECF No. 2) is **GRANTED**.

2. The Recommended Decisions (ECF Nos. 3 & 5) are hereby **AFFIRMED**.

3. The Petition Under 28 U.S.C. § 2241 (ECF No. 1), as amended, is hereby **DISMISSED**.

4. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 10th day of May, 2023.